**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Modern Shoe Company LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-3450193 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 101 Sprague St.<br>Hyde Park, MA 02136 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Suffolk**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor   **Modern Shoe Company LLC**　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

7. **Describe debtor's business**　A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4243__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**　*Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply:*
   　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   　　☐ A plan is being filed with this petition.
   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.
   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ■ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor **Highline United LLC**　　Relationship **Affiliate**
    District **Massachusetts**　When _____　Case number, if known _____

Debtor **Modern Shoe Company LLC**
Name

Case number (*if known*)

**11. Why is the case filed in this district?**

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. What is the hazard?
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other

Where is the property?

Number, Street, City, State & ZIP Code

Is the property insured?

- [ ] No
- [ ] Yes.   Insurance agency
           Contact name
           Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [x] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [x] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor **Modern Shoe Company LLC**
Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/01/2016
MM / DD / YYYY

X _____    **Kimberly Bradley**
Signature of authorized representative of debtor    Printed name

Title  **COO, CFO**

**18. Signature of attorney**

X _____    Date 05/01/2016
Signature of attorney for debtor    MM / DD / YYYY

**Kenneth S. Leonetti**
Printed name

**Foley Hoag LLP**
Firm name

**155 Seaport Boulevard**
**Boston, MA 02210**
Number, Street, City, State & ZIP Code

Contact phone  **617-832-1271**    Email address  **kleonetti@foleyhoag.com**

**629515 MA**
Bar number and State

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> MODERN SHOE COMPANY LLC, <br><br> Debtor. | Chapter 11 <br> Case No. |

| | |
|---|---|
| In re: <br><br> HIGHLINE UNITED LLC, <br><br> Debtor. | Chapter 11 <br> Case No. |

## DECLARATON REGARDING ELECTRONIC FILING OF MODERN SHOE COMPANY LLC'S CHAPTER 11 VOLUNTARY PETITION

I, Kimberly Bradley, hereby declare under penalty of perjury that all of the information contained in Modern Shoe Company LLC's Chapter 11 Voluntary Petition (the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of the case.

Dated: May ___, 2016

_____
Kimberly Bradley

1

I certify that the affiant signed this form before I submitted the Document, I gave the affiant a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Kenneth S. Leonetti (BBO #629515)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1000
*bctnotices@foleyhoag.com*

2

## MODERN SHOE COMPANY LLC

**Consent of Member**

The undersigned, being the sole member of Modern Shoe Company LLC, a Delaware limited liability company (the "Company"), hereby consents to the adoption of the following resolutions:

**RESOLVED:** That it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**RESOLVED:** That the President, Chief Executive Officer, Chief Operating Officer, Treasurer, Chief Financial Officer, Chief Restructuring Officer, or Secretary of the Company (each being an "Authorized Person" and all being the "Authorized Persons") are hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute, deliver and verify any and all petitions and amendments thereto under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court for the District of Massachusetts at such time or in such other jurisdiction as such Authorized Person executing the same shall determine.

**RESOLVED:** That the law firm of Foley Hoag LLP is hereby engaged as the attorneys for the Company under general retainers in the Chapter 11 Case, subject to any requisite bankruptcy court approval.

**RESOLVED:** That each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case or to effect the purposes and intent of the foregoing resolutions.

**RESOLVED:** That each Authorized Person is authorized, empowered and directed, in the name and on behalf of the Company, to engage and retain all assistance by claims and noticing agents, balloting agents, special counsel, auctioneers, accountants, financial advisors, and other professionals in connection with the Chapter 11 Case, subject to any

requisite court approval, with a view to the successful prosecution of such case or to effect the purposes and intent of the foregoing resolutions.

**RESOLVED:** That in connection with the commencement of the Chapter 11 Case, each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company: (i) to negotiate, execute, deliver and perform or cause the performance of a debtor-in-possession financing facility; (ii) to negotiate, execute, deliver, and undertake any and all transactions in connection with a sale or other disposition of any or all of the Company's assets; and (iii) to negotiate, execute, deliver and perform or cause the performance of a chapter 11 plan.

**RESOLVED:** That each Authorized Person, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such other agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such persons shall be or become necessary, proper and desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case or to effect the purposes and intent of the foregoing resolutions.

**RESOLVED:** That each Authorized Person be, and each hereby is, authorized and empowered on behalf of and in the name of the Company, to execute such consents of the Company, as such Authorized Person considers necessary, proper or desirable to effectuate these resolutions, such determination to be evidenced by such execution or taking of such action.

**RESOLVED:** That any and all actions previously or hereafter taken and any and all documents, certificates or instruments (however characterized or described) previously or hereafter executed and delivered or filed and recorded on behalf of the Company, by the Authorized Persons, and others acting on the Company's behalf pursuant to authority granted to them by the Member, the Managers or by the appropriate officers of the Company, in order to carry into effect the purposes and intent of the foregoing resolutions are hereby ratified, confirmed, adopted and approved in all respects.

**RESOLVED:** That this consent be filed with the records of the Company.

*******

IN WITNESS WHEREOF, the undersigned Member has executed this Consent of Member as an instrument under seal.

Grandview International Ltd.

By: *J. C. Chiang*
Name:

Date signature received by the Company: April 28, 2016

# United States Bankruptcy Court
## District of Massachusetts

In re   **Modern Shoe Company LLC**                                        Case No.
                                          Debtor(s)                        Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the COO, CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   05/01/2016                      /s/ Kimberly Bradley/COO, CFO
                                        Signer/Title

```
Adobe Systems Incorporated
75 Remittance Dr
Suite 1025
Chicago, IL 60675-1025

ADP LLC
1851 N Resler Drive MS-100
El Paso, TX 79912

AMERICAN EXPRESS
P O BOX 1270
NEWARK, NJ 07101

American Funds Retirement Resources
PO Box 6040
Indianapolis, IN 46206-6040

AMERICAN IMPORT SHIPPERS ASSOCIATION
662 MAIN ST
NEW ROCHELLE, NY 10801

American Import Shippers Associaton Inc
662 Main St
New Rochelle, NY 10801

APL LOGISTICS
16220 N SCOTTSDALE RD
SUITE 400
SCOTTSDALE, AZ 85254

AT&T
P O BOX 5019
CAROL STREAM, IL 60197

AT&T
One AT&T Way
Attn: Master Agreement Support Team
Bedminster, NJ 07921-0752

AT&T Corp
Attn: Bret Chatman
2180 Lake Blvd NE
Atlanta, GA 30319

AT&T MOBILITY
P O BOX 6463
CAROL STREAM, IL 60197

AT&T TELECONFERENCE SVCS
PO BOX 5002
CAROL STREAM, IL 60197-5002

BELK STORES
2801 WEST TYVOLA ROAD
CHARLOTTE, NC 28217
```

BLOOMINGDALE'S
919 THIRD AVE 5TH FL
NEW YORK, NY 10022

BLUE CROSS BLUE SHIELD OF MASSACHUSETTS
PO BOX 371318
PITTSBURGH, PA 15250-7318

Brand Matter LLC
1450 Broadway
New York, NY 10018

CALIFORNIA TRANSPORT ENT
P O BOX 471
SOUTH GATE, CA 90280

CHECKERS DIV.
OPERATED BY COUGAR SHOES
2 MASONRY COURT
BURLINGTON, ONTARIO L7T4A8
CANADA

CHUBB & SON
P O BOX 382001
PITTSBURGH, PA 15250-8001

CITY FASHION EXPRESS
PO BOX 894829
LOS ANGELES, CA 90189

CITY LOGISTICS&TRANSPORT
PO BOX 894833
LOS ANGELES, CA 90189

Cleo Communications
PO Box 15835
Loves Park, IL 61132-5835

COMPENSATION PLANNING INC
67 JEFFERSON BLVD
WARWICK, RI 02888

DAMCO CUSTOMS SERVICES
180 PARK AVENUE, BLDG 105
PO BOX 697
FLORHAM PARK, NJ 07932

DAMCO DISTRIBUTION
9300 ARROWPOINT RD
CHARLOTTE, NC 28273

DAMCO USA INC
180 PARK AVENUE
BUILDING 105
FLORHAM PARK, NJ 07932

```
DATAWATCH CORP
4 CROSBY DRIVE
BEDFORD, MA 01730

DELTAL DENTAL
PO BOX 415566
BOSTON, MA 02241

Elie Tahari Ltd
11 West 42nd St
14th Floor
New York, NY 10036

EMPLOYMENT SECURITY DEPT
UI TAX AND WAGE ADMIN
P O BOX 9046
OLYMPIA, WA 98507-9046

EVERGLORY LOGISTICS, INC.
440 MCCLELLAN HWY
SUITE 105DI
EAST BOSTON, MA 02128

EVERSOURCE
PO BOX 660369
DALLAS, TX 75266

Extol EDI
529 Terry Reiley Way
3rd Floor
Pottsville, PA 17901

FEDERATED DEPT. STORES
7 WEST SEVENTH ST.
CINCINNATI, OH 45202

FLAUNT MODEL MANAGEMENT
35 WEST 35TH STREET
NEW YORK, NY 10001

FOLEY HOAG LLP
155 SEAPORT BLVD
BOSTON, MA 02210

FRANCHISE TAX BOARD
PO Box 942857
SACRAMENTO, CA 94257-0531

French Connection Group
Neil Williams (Director)
Centro One, 39 Camden St
London NW1 0DX
ENGLAND
```

```
French Connection Ltd
20-22 Bedford Row
London WC1R 4JS
ENGLAND

Global Software
3201 Beechleaf Ct
Suite 170
Raleigh, NC 27604

GS1
PO Box 78000
Dept. 781271
Detroit, MI 48278-1271

GXS
PO BOX 640371
PITTSBURGH, PA 15264-3371

GXS
PO Box 640371
Pittsburgh, PA 15264-0371

Highland Sprague Associates LP
c/o First Highland Management
65 Sprague St
Hyde Park, MA 02136

HOME HEALTH FOUNDATION
DEVELOPMENT DEPARTMENT
360 MERRIMACK STREET
LAWRENCE, MA 01843

IBM
PO BOX 534151
ATLANTA, GA 30353

IBM
7100 Highland Parkway
Smyrna, GA 30082

Internal Revenue Service
PO Box 804522
Cincinnati, OH 45280-4522

INTERTRADE SYSTEMS, INC
C/O T65036U
POB 55811
BOSTON, MA 02205

JJ CLEANING SERVICES LLC
91 ASHLEY ST
EAST BOSTON, MA 02128
```

```
JS INT MACAO OFFSHORE LTD
AV.DA PRAIA GRANDE 429
16-ANDAR, SALA 01, EDF
CENTRO COMERCIAL DA PRAIA
CHINA

Konica Minolta Business Services
500 Day Hill Rd
Attn: Contracts Department
Windsor, CT 09095

KONICA MINOLTA BUSINESS SOLUTIONS USA IN
21146 NETWORK PLACE
CHICAGO, IL 60673-1211

LORD AND TAYLOR
424 FIFTH AVENUE
NEW YORK, NY 10018

MACY'S.COM
685 MARKET STREET
SAN FRANCISCO, CA 94105

MAERSK AGENCY USA, INC
9300 ARROWPOINT BLVD
ATTN PMT SERVICE 3RD FL S
CHARLOTTE, NC 28273

Maersk Logistics (Damco)
180 Park Avenue
Building 105
PO Box 697
Florham Park, NJ 07932

MARK COCOZZA
343 COMMERCIAL ST
UNION WHARF PH 311
BOSTON, MA 02109

Massachusetts Department of Workforce De
Division of Unemployment Assistance
PO Box 3438
BOSTON, MA 02241-3438

Mercedes Benz Financial
425 Providence Highway
Westwood, MA 02090

MERCEDES-BENZ FINANCIAL
PO BOX 5209
CAROL STREAM, IL 60197-5209

Microsoft Corporation
One Microsoft Way
Redmond, CA 98052
```

```
Minnesota Department of Employment & Eco
Unemployment Employer Accounts Office
390 Robert St N
St Paul, MN 55101

Minnesota Department of Employment & Eco
Tax Accounting Section
390 Robert St N
St Paul, MN 55101

MINUTEMAN PRESS
1247 PATERSON PLANK ROAD
SECAUCUS, NJ 07094

MODERN CHINA TRADING LTD
3 SALISBURY RD
TSIM SHA TSUI
KOWLOON
HONG KONG CHINA

NATIONAL RETAIL
TRANSPORTATION, INC
P O BOX 2697
SECAUCUS, NJ 07096

NORDSTROM
1700 7 TH AVENUE
SUITE 300
SEATTLE, WA 98101

NYC DEPT OF FINANCE
GEN CORP TAX
PO BOX 5070
KINGSTON, NY 12402

ORIENT OVERSEAS CONTAINER
LINE LIMITED
9336 PAYSPHERE CIRCLE
CHICAGO, IL 60674

PACIFIC LOGISTICS CORP
7255 ROSEMEAD BLVD
PICO RIVERA, CA 90660

PERFORMANCE TEAM
PO BOX 515176
LOS ANGELES, CA 90051

Pitney Bowes
PO Box 371887
Pittsburgh, PA 15250

PITNEY BOWES GLOBAL
PO BOX 371887
PITTSBURGH, PA 15250
```

```
PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15250

READYREFRESH BY NESTLE
P.O. BOX 856192
LOUISVILLE, KY 40285

RECALL TOTAL INFO MGT, INC
015295 COLLECTIONS CTR DR
CHICAGO, IL 60693

Recall Total Management
015295 Collections Center Dr
Chicago, IL 60693-0100

Republic Services
PO Box 9001099
Louisville, KY 40290-1099

REPUBLIC SERVICES #094
PO BOX 9001099
LOUISVILLE, KY 40290-1099

SAFETY INSURANCE
PO BOX 371312
PITTSBURGH, PA 15250

SAP AMERICA
3999 WEST CHESTER PIKE
NEWTOWN SQUARE, PA 19073

SHARKANSKY LLP
1350 BELMONT ST
BROCKTON, MA 02301

SHENKEL INSURANCE
1017 TURNPIKE ST
SUITE 1-2B
CANTON, MA 02021

Shred-IT
P.O. Box 13574
Newark, NJ 07188

SHRED-IT USA-NEW YORK
P.O. BOX 13574
NEWARK, NJ 07188

STATE NJ-DIV OF TAX
REVENUE PROCESSING CTR
TRENTON, NJ 08646-0193
```

```
TERMINEX
P O BOX 742592
CINCINNATI, OH 45274-2592

TGF MANAGEMENT GROUP
800 FEDERAL BOULEVARD
CARTERET, NJ 07008

THE HARTFORD
GROUP BENEFIT DIV
PO BOX 783690
PHILADELPHIA, PA 19178

THOMAS J. KENNEDY
250 CAPE HWY
ROUTE 44
E. TAUNTON, MA 02718

Toll Global Forwarding
800 Federal Boulevard
Attn: Joseph DeSaye
Carteret, NJ 07008

TRACEY SALES
77 ACCORD PARK
NORWELL, MA 02061

Tungsten Network
PO Box 535146
Atlanta, GA 30353

UNIVERSAL INT MAX LTD
RM1621-22 Star House
3 SALISBURY ROAD
TSIM SHA TSUI, KOWLOON
HONG KONG CHINA

UNUM LIFE INSURANCE COMPANY OF AMERICA
PO BOX 403748
ATLANTA, GA 30384-3748

UPS
PO BOX 7247-0244
PHILADELPHIA, PA 01917-0001

UPS SUPPLY CHAIN SOLUTION
28013 NETWORK PLACE
CHICAGO, IL 60673

UPSKY TRADING LTD
Workshop 11
9/F Block A Veristrong Industrial centre
No. 34-36 AU PUI Wan St Shatin N.T.
HONG KONG
```

```
VERIZON
P.O. BOX 371878
PITTSBURGH, PA 15250-7878

VERIZON
PO BOX 15124
ALBANY, NY 12212-5124

Virginia Department of Taxation
PO Box 27264
Richmond, VA 23261-7264

Virginia Employment Commisison
PO Box 27483
Richmond, VA 23261-7483

Washington State Division of Labor & Ind
PO Box 34022
Seattle, WA 98124-1022

XPERIA
22 SOUTH 2ND ST
EMMAUS, PA 18049

Xperia
1621 N Cedar Crest Blvd
Suite 101
Allentown, PA 18104-2350

ZAPPOS.COM INC.
P.O. BOX 777127
HENDERSON, NV 08907-7712
```