Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Modern Shoe Company LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                                       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ADP LLC** 1851 N Resler Drive MS-100 El Paso, TX 79912 | | **Service fees** | | | | $150.00 |
| **AMERICAN IMPORT SHIPPERS ASSOCIATION** 662 MAIN ST NEW ROCHELLE, NY 10801 | Fred Delapena f.delapena@aisaship.com 914-633-3770 | **ShippingServices** | | | | $331.88 |
| **BELK STORES** 2801 WEST TYVOLA ROAD CHARLOTTE, NC 28217 | Accounts Payable AP_Correspondence@Belk.com 704-426-8167 | **Markdown & Adv owed** | | | | $23,000.00 |
| **BLOOMINGDALE'S** 919 THIRD AVE 5TH FL NEW YORK, NY 10022 | Accounts Payable 513-782-1400 | **Markdown & Adv owed** | | | | $41,200.00 |
| **Brand Matter LLC** 1450 Broadway New York, NY 10018 | Charles Bang cbang@sbg-ny.com 646-564-2577 | **Royalty** | **Disputed** | | | $813,750.00 |
| **CALIFORNIA TRANSPORT ENT** P O BOX 471 SOUTH GATE, CA 90280 | Accounts Receivable 323-357-1720 | **Shipping Services** | | | | $119.19 |
| **DAMCO CUSTOMS SERVICES** 180 PARK AVENUE, BLDG 105 PO BOX 697 FLORHAM PARK, NJ 07932 | Valerie Camacho valerie.camacho@damco.com 973-514-5106 | **Customs broker** | | | | $43,948.72 |

NOTE: Those creditors with an asterisk (*) share some common ownership with certain of the Debtors' ultimate owners.

Debtor **Modern Shoe Company LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FEDERATED DEPT. STORES**<br>**7 WEST SEVENTH ST.**<br>**CINCINNATI, OH 45202** | **Accounts Payable**<br><br>**513-782-1400** | **Markdown & Adv owed** | | | | $357,000.00 |
| **Highland Sprague Associates LP**<br>**c/o First Highland Management**<br>**65 Sprague St**<br>**Hyde Park, MA 02136** | **Matt O'Connor**<br>**MOConnor@Firsthighland.com**<br>**617.361.9909** | **Rent for Hyde Park** | | | | $12,881.81 |
| **JS INT MACAO OFFSHORE LTD**<br>**AV.DA PRAIA GRANDE 429 16-ANDAR, SALA 01, EDF CENTRO COMERCIAL DA PRAIA**<br>**CHINA** | **Jacqueline Hou**<br>**jacqueline.hou@uimax.com**<br>**86 769-83375952** | **Goods Sold * See note below** | | | | $8,175,226.20 |
| **KONICA MINOLTA BUSINESS SOLUTIONS USA IN**<br>**21146 NETWORK PLACE**<br>**CHICAGO, IL 60673-1211** | **Ben McBridge**<br>**bmcbride@kmbs.konicaminolta.us**<br>**781-478-8668** | **Copier Lease** | | $238.79 | $0.00 | $238.79 |
| **LORD AND TAYLOR**<br>**424 FIFTH AVENUE**<br>**NEW YORK, NY 10018** | **Accounts Payable**<br>**AP.Helpdesk@lordandtaylor.com**<br>**703-404-9129** | **Markdown & Adv owed** | | | | $301,050.00 |
| **MODERN CHINA TRADING LTD**<br>**3 SALISBURY RD TSIM SHA TSUI KOWLOON**<br>**HONG KONG CHINA** | **Jacqueline Hou**<br>**jacqueline.hou@uimax.com**<br>**86 769-83375952** | **Goods Sold * See note below** | | | | $34,116.79 |
| **NORDSTROM**<br>**1700 7 TH AVENUE SUITE 300**<br>**SEATTLE, WA 98101** | **Accounts Payable**<br>**merch.ap@nordstrom.com**<br>**206-233-6280** | **Markdown & Adv owed** | | | | $3,800.00 |
| **SHRED-IT USA-NEW YORK**<br>**P.O. BOX 13574**<br>**NEWARK, NJ 07188** | **Patrick Gannon**<br>**patrick.gannon@shredit.com**<br>**781-784-2350** | **General Office Services** | | | | $81.54 |

NOTE: Those creditors with an asterisk (*) share some common ownership with certain of the Debtors' ultimate owners.

Debtor **Modern Shoe Company LLC**　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TGF MANAGEMENT GROUP**<br>**800 FEDERAL BOULEVARD**<br>**CARTERET, NJ 07008** | Susan Guarino<br><br>susan.guarino@tollgroup.com<br>732-750-9000 x2023 | **Warehousing Services** | | | | $375.00 |
| **UNIVERSAL INT MAX LTD**<br>**RM1621-22 Star House**<br>**3 SALISBURY ROAD**<br>**TSIM SHA TSUI, KOWLOON**<br>**HONG KONG CHINA** | Jacqueline Hou<br><br>jacqueline.hou@uimax.com<br>86 769-83375952 | **Goods Sold * See note below** | | | | $1,667.00 |
| **ZAPPOS.COM INC.**<br>**P.O. BOX 777127**<br>**HENDERSON, NV 08907-7712** | Lynelle Long (AP)<br><br>lylong@zappos.com<br>702-943-7777 x7489 | **Markdown & Adv owed** | | | | $53,250.00 |

NOTE: Those creditors with an asterisk (*) share some common ownership with certain of the Debtors' ultimate owners.