

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MODERN SHOE COMPANY LLC, ) | Case No. 16-11658 |
| ) | |
| Debtor. ) | |
| ) | |

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| HIGHLINE UNITED LLC, ) | Case No. 16-11659 |
| ) | |
| Debtor. ) | |
| ) | |

**DEBTORS' MOTION, PURSUANT TO BANKRUPTCY RULE 1015, FOR ENTRY OF ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**

Modern Shoe Company LLC ("Modern Shoe") and Highline United LLC ("Highline"), affiliated debtors as debtors-in-possession in the above-captioned cases (collectively, the "Debtors") hereby submit this Motion (the "Motion") for entry of an order directing the joint administration of the above-captioned chapter 11 cases for procedural purposes only.

In support of this motion, the Debtors respectfully state as follows:

**JURISDICTION, VENUE AND STATUTORY BASIS**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

1

05/02/2016 Allowed pursuant to MLBR 1015-1. Schedules of assets and liabilities and statements of financial affairs, however, must be filed in the individual cases.