UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MODERN SHOE COMPANY LLC, | ) | Case No. 16-11658 (MSH) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

**NAMES AND ADDRESSES OF EQUITY SECURITY HOLDERS**
**OF MODERN SHOE COMPANY LLC**

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(3), the following is a list of names and addresses of equity security holders of Modern Shoe Company LLC.

| **Security holder name** | **Address** | **Percentage of Holdings** |
|---|---|---|
| Grand View International Group Limited | Mailing Address:<br>101 Sprague Street, Hyde Park, MA 02136<br>Registered Agent:<br>c/o CCS Trustees Limited, 263 Main Street, PO Box 2196, Road Town, Tortola, British Virgin Islands | 100 % |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the Chief Operating Officer and Chief Financial Officer of Modern Shoe Company LLC, declare under the penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Dated: May 16, 2016

/s/ Kimberly Bradley
Kimberly Bradley

[1] The debtors in the chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Modern Shoe Company LLC (0193) and Highline United LLC (5860).