UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>MODERN SHOE COMPANY, LLC, et al.,<br><br>Debtors | Chapter 11<br><br>Case No. 16-11658-MSH<br>Jointly Administered |

**NOTICE OF APPOINTMENT OF AN**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 28 U.S.C. § 586(a)(3), 11 U.S.C. § 1102 and Fed. R. Bankr. P. 2007, the United States Trustee appoints the following holders of unsecured claims to the Official Committee of Unsecured Creditors in the above-referenced cases:

Brand Matter LLC
Attn: Chad Wagenheim
601 W. 26th Street, 9th Floor
New York, NY 10001
Tel: (646) 517-3678
E-mail: cwagenheim@sbg-ny.com

Brand New Day Ltd.
Attn: Tomasso Bellazzio
10 F/L, Building B, 23th Kangle South Road Jou Jie Town
Dongguan City, Guangdong Province 523 945
China
Tel: 011-86-136-0231-4160

French Connection
Attn: Brian Fellner
184-10 Jamaica Avenue
Hollis, New York 11423
Tel: (718) 465-0500 Etx. 120
Email: brian@frenchconnection-usa.com

Respectfully submitted,

WILLIAM K. HARRINGTON,

United States Trustee

By: *<u>/s/ Jennifer L. Hertz</u>*
Jennifer L. Hertz, BBO#645081
United States Department of Justice
John W. McCormack Post Office and Courthouse
5 Post Office Square, Suite 1000
Boston, MA 02109
PHONE: (617) 788-0412
FAX: (617) 565-6368
Jennifer.L.Hertz@usdoj.gov

Dated: May 17, 2016

**CERTIFICATE OF SERVICE**

I certify that on May 17, 2016, true and correct copies of the foregoing notice were served via CM/ECF upon the individuals who have filed notices of appearance in the Court's CM/ECF database, including the debtors' attorney, who is identified below. In addition, true and correct copies of the foregoing notice were served, via first class mail, postage prepaid, upon each of the list of 20 largest unsecured creditors filed by the Debtors.

Respectfully submitted,

WILLIAM K. HARRINGTON,

United States Trustee

By: */s/ Jennifer L. Hertz*

Jennifer L. Hertz, BBO#645081
United States Department of Justice
John W. McCormack Post Office and Courthouse
5 Post Office Square, Suite 1000
Boston, MA 02109
PHONE: (617) 788-0412
FAX: (617) 565-6368
Jennifer.L.Hertz@usdoj.gov

**VIA E-MAIL**
(To those parties identified above)

**VIA ECF**

Donald Ethan Jeffery on behalf of Other Professional Bright Star Ventures, LLC
dej@murphyking.com, pas@murphyking.com

Kenneth S. Leonetti on behalf of Debtor Highline United LLC
kleonett@foleyhoag.com, bctnotices@foleyhoag.com

Kenneth S. Leonetti on behalf of Debtor Modern Shoe Company LLC
kleonett@foleyhoag.com, bctnotices@foleyhoag.com

Michael Licker on behalf of Debtor Highline United LLC
mlicker@foleyhoag.com, bctnotices@foleyhoag.com

Michael Licker on behalf of Debtor Modern Shoe Company LLC
mlicker@foleyhoag.com, bctnotices@foleyhoag.com