**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| MODERN SHOE COMPANY LLC, | Case No. 16-11658-MSH |
| Debtor[1] | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), the law firm of Brown Rudnick LLP hereby enters its appearance in the above-referenced chapter 11 case (the "Chapter 11 Case") as proposed counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") for the above-captioned debtors (the "Debtors"), and hereby requests that all notices given or required in the Chapter 11 Case, and all documents, and all other papers served in the Chapter 11 Case, be given to and served upon the following:

BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Attn: William R. Baldiga, Esq.
Jesse N. Garfinkle, Esq.
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
E-mail: wbaldiga@brownrudnick.com
jgarfinkle@brownrudnick.com

[1] The debtors in the chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Modern Shoe Company LLC (0193) and Highline United LLC (5860).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their chapter 11 estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive the Creditors' Committee's rights (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which the Creditors' Committee is, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

[Remainder of page intentionally left blank.]

Dated: May 18, 2016
Boston, Massachusetts

**BROWN RUDNICK LLP**

By: /s/ William R. Baldiga
William R. Baldiga, Esq. (BBO #542125)
Jesse N. Garfinkle, Esq. (BBO #685236)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Proposed Counsel to the*
*Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 18, 2016, the foregoing Notice of Appearance was filed electronically, and therefore was sent by email to those receiving CM/ECF notices from the Court's electronic filing system. I further certify that I have caused to be mailed a copy by prepaid first class U.S. mail to the following parties on this 18th day of May, 2016.

Kenneth S. Leonetti, Esq.
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210

and

Jennifer L. Hertz, Esq.
U.S. Department of Justice
Office of the U.S. Trustee
5 Post Office Square, Suite 1000
Boston, MA 02109

/s/ William R. Baldiga
William R. Baldiga

62476908