UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | | |
|---|---|---|
| | ) | |
| In re: | ) | |
| | ) | Chapter 11 |
| MODERN SHOE COMPANY LLC, | ) | Case No. 16-11658 (MSH) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STATEMENTS AND RESERVATIONS OF RIGHTS REGARDING DEBTORS'
SCHEDULES OF ASSETS AND LIABILITIES AND
STATEMENTS OF FINANCIAL AFFAIRS**

Modern Shoe Company LLC ("Modern Shoe") and Highline United LLC ("Highline"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "*Schedules*") and Statements of Financial Affairs (the "*Statements*", and together with the Schedules, the "*Schedules and Statements*") with the United States Bankruptcy Court for the District of Massachusetts (the "*Bankruptcy Court*"), in accordance with section 521 of title 11 of the United States Code (the "*Bankruptcy Code*") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*").

The Schedules and Statements contain unaudited information that is subject to further review and potential material adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis unless otherwise noted.  The asset information provided herein, except as otherwise noted, represents the asset and liability data of the Debtors as of the petition date.

**The Schedules and Statements, as well as these Reservations of Rights, should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of any of the Debtors.**

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation.  Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Modern Shoe Company LLC (0193) and Highline United LLC (5860).

Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Moreover, nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtors' rights with respect to the chapter 11 cases, including with respect to any issues involving substantive consolidation, recharacterization, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

1. **Reservation of Rights.** Reasonable best efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("***Claim***") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.

2. **Recharacterization.** The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were actually executory or unexpired as of the Petition Date. Disclosure of information in one Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule or Statement.

3. **Confidentiality.** Addresses of current and former employees of the Debtors are generally not included in the Schedules and Statements. The Debtors will mail any required notice or other documents to the address in their books and records for such individuals.

4. **Insiders.** Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) members of boards of directors or managers; (b) statutory "officers"; and (c) the manufacturers defined as the Affiliate Manufacturers in their first day pleadings. Persons listed as "insiders" have been included for informational

purposes only and the Debtors do not take any position with respect to whether such person is indeed an "insider" under the Bankruptcy Code or otherwise.

5. **Classifications.**  Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E as "priority," (c) Schedule F as "unsecured," or (d) on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

6. **Claims Description.**  Schedules D, E, and F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtors expressly reserve all of their rights to, but are not required to, amend their Schedules and Statements to, among other things, subsequently designate such Claims as "disputed," "contingent," or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

7. **Causes of Action.**  Despite their reasonable best efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action or Claim against any party on any basis whether arising at law, or in equity, or pursuant to any other theory of law.

8. **Estimates and Assumptions.**  To prepare and file the Schedules in accordance with the deadline established in the Debtors' chapter 11 cases, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual results could differ from those estimates, perhaps materially.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

9. **Setoffs.**  The Debtors have certain offsets and other similar rights which arise during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, merchandise adjustments and markdowns, returns, warranties, and other matters between the Debtors and their suppliers or customers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, may be excluded from the Debtors' Schedules and Statements.

**Fill in this information to identify the case:**

Debtor name    **Modern Shoe Company LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   **16-11658**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
     Copy line 88 from *Schedule A/B*..............................................................................   $     **0.00**

   **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*.........................................................................   $     **7,190,039.61**

   **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*............................................................................   $     **7,190,039.61**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $     **976.31**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................   $     **13,784.19**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$     **10,122,888.90**

4.   **Total liabilities** ..............................................................................................................
   Lines 2 + 3a + 3b      $     **10,137,649.40**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Modern Shoe Company LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | **16-11658** |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$1,500.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Santander Bank cash  management checking account** | **Checking Account** | **4263** | **$0.00** |
| 3.2. | **Cash - Santander corporate repo sweep account** | **Checking Account** | **4610** | **$3,087,986.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

| | $3,089,486.00 |
|---|---|

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Deposits - rent - First Highland Management** | **$10,000.00** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Modern Shoe Company LLC** | Case number *(If known)* **16-11658** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 7.2. | **Deposits - NSTAR** | $1,050.00 |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid Expenses - entertainment** | $2,034.86 |
| 8.2. | **Prepaid Expenses - Freight** | $729.17 |
| 8.3. | **Prepaid Expenses - IT expenses** | $7,606.23 |
| 8.4. | **Prepaid Expenses - Legal & Professional** | $17,353.00 |
| 8.5. | **Prepaid Expenses - Insurance** | $46,862.35 |

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$85,635.61

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | 2,026,029.00 | - | 0.00 | = .... | $2,026,029.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 349,289.00 | - | 0.00 | = .... | $349,289.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 70,788.00 | - | 0.00 | = .... | $70,788.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 26,415.00 | - | 0.00 | =.... | $26,415.00 |
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Modern Shoe Company LLC** | Case number *(if known)* **16-11658** |
|---|---|---|
| | Name | |

| 11b. Over 90 days old: | 1,514.00 | - | 0.00 | =.... | $1,514.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $2,474,035.00 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **FInished goods inventory** | 1/21/16 | $585,923.00 | Recent cost | $585,923.00 |
| **Intransit inventory** | | $253,755.00 | Recent cost | $253,755.00 |
| 22. **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | | $839,678.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    $250,808.31  Valuation method    Cost    Current Value    $250,808.31

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Modern Shoe Company LLC** | Case number *(If known)* **16-11658** |
|---|---|---|
| | Name | |

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture** | | | |
| **Office furniture** | **$19,077.97** | **Recent cost** | **Unknown** |
| **Office equipment** | **$78,398.66** | **Recent cost** | **Unknown** |
| **40.**   **Office fixtures** | | | |
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Leased copiers** | **$0.00** | | **$0.00** |

**42.**   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**   **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$0.00** |

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2014 Mercedes VIN# WDDUG8FBXEA018128** | **$0.00** | | **Unknown** |
| 47.2.   **2014 Mercedes  VIN #4JGDF7CE5EA349233** | **$0.00** | | **Unknown** |

**48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Modern Shoe Company LLC** | Case number *(If known)* **16-11658** |
| --- | --- | --- |
| | Name | |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

                                            **$0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.

    ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. **Leased premises located at 101 Sprague Street, Hyde Park MA** | **Leasehold Interest** | **$0.00** | | **Unknown** |
| 55.2. **Leased office space located at 530 West 25th St. New York, NY** | **Joint tenant** | **$0.00** | | **Unknown** |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

                                            **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor    **Modern Shoe Company LLC**                    Case number *(If known)*  **16-11658**
Name

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Trademark- Modern Shoe** | **Unknown** | | **$0.00** |
| **Trademark- Gunmetal** | **Unknown** | | **$0.00** |
| 61. **Internet domain names and websites** **See attached spreadsheet.** | **Unknown** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** **Ellen Tracy License** | **$0.00** | | **Unknown** |
| **Tahari License** | **$0.00** | | **Unknown** |
| **French Connection License** | **$0.00** | | **Unknown** |
| **License - Gunmetal** | **$1,000.00** | | **Unknown** |
| **License - Elie Tahari** | **$0.00** | | **Unknown** |

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                                      **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Modern Shoe Company LLC** | Case number *(If known)* **16-11658** |
|---|---|---|
| | Name | |

■ Yes Fill in the information below.

| | | | | | **Current value of debtor's interest** |
|---|---|---|---|---|---|

**71.**    **Notes receivable**
Description (include name of obligor)
**Highland United Germany Loan Receivable**     **701,205.00** -     **0.00** =     **$701,205.00**

Total face amount     doubtful or uncollectible amount

**72.**    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.**    **Interests in insurance policies or annuities**
**General liability insurance policy number 3599-8395 BOS with Federal Insurance - CHUBB**     **Unknown**

**Umbrella insurance policy number 7987-1241 with Federal Insurance - CHUBB**     **Unknown**

**Workers Compensation insurance policy number 08WECNN2313 with The Hartford**     **Unknown**

**Automobile liability policy number 6222605 with Safety Insurance**     **Unknown**

**Property insurance policy number 3599-83-95 BOS with Federal Insurance - CHUBB**     **Unknown**

**Open Cargo Property insurance policy number 7878914 with Federal Insurance - CHUBB**     **Unknown**

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**    **Trusts, equitable or future interests in property**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**    **Total of Part 11.**     **$701,205.00**
Add lines 71 through 77. Copy the total to line 90.

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Modern Shoe Company LLC** | Case number *(If known)* **16-11658** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,089,486.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $85,635.61 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,474,035.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $839,678.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $701,205.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,190,039.61 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,190,039.61 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Modern Shoe Company LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **16-11658**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Konica Minolta Business Services**
Creditor's Name

**500 Day Hill Rd**
**Attn: Contracts Department**
**Windsor, CT 09095**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien                **$0.00**                **$0.00**

Describe the lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.2** **KONICA MINOLTA BUSINESS SOLUTIONS USA IN**
Creditor's Name

**21146 NETWORK PLACE**
**CHICAGO, IL 60673-1211**
Creditor's mailing address

**bmcbride@kmbs.konicami nolta.us**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien                **$830.32**                **$0.00**
**Leased copiers**

Describe the lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Debtor | **Modern Shoe Company LLC** | Case number (if know) | **16-11658** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Mercedes Benz Financial** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**425 Providence Highway
Westwood, MA 02090**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **MERCEDES-BENZ FINANCIAL** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Leased automobiles**

**PO BOX 5209
CAROL STREAM, IL
60197-5209**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Pitney Bowes Global Financial Services L** | Describe debtor's property that is subject to a lien | $145.99 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**leased postage machine**

**PO Box 371887
Pittsburgh, PA 15250-7887**

Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

| Debtor | **Modern Shoe Company LLC** | Case number (if know) | **16-11658** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $976.31

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

**Fill in this information to identify the case:**

Debtor name **Modern Shoe Company LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **16-11658**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $4,102.09 | $4,102.09 |

| | |
|---|---|
| **American Funds Retirement Resources**<br>**PO Box 6040**<br>**Indianapolis, IN 46206-6040** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee 401K Contributions** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | $142.48 | $142.48 |

| | |
|---|---|
| **ANDREW FINCKE**<br>**101 SPRAGUE STREET**<br>**Hyde Park, MA 02136** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          26072          Best Case Bankruptcy

| Debtor | **Modern Shoe Company LLC** | Case number (if known) | **16-11658** |
|---|---|---|---|
| | Name | | |

---

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**BLUE CROSS BLUE SHIELD OF
MASSACHUSETTS
PO BOX 371318
PITTSBURGH, PA 15250-7318**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**DELTAL DENTAL
PO BOX 415566
BOSTON, MA 02241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

**2.5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**EMPLOYMENT SECURITY DEPT
UI TAX AND WAGE ADMIN
P O BOX 9046
OLYMPIA, WA 98507-9046**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**FRANCHISE TAX BOARD
PO Box 942857
SACRAMENTO, CA 94257-0531**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Modern Shoe Company LLC** | | Case number (if known) | **16-11658** |
|---|---|---|---|---|
| | Name | | | |

---

**2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$309.44** | **$309.44**

**GARRISON DACOSTA**
**101 SPRAGUE STREET**
**Housatonic, MA 01236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Internal Revenue Service**
**PO Box 804522**
**Cincinnati, OH 45280-4522**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$410.00** | **$410.00**

**LAURIE CHENETTE**
**101 SPRAGUE STREET**
**Hyde Park, MA 02136**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.85** | **$240.85**

**LINDA FLANAGAN**
**101 SPRAGUE STREET**
**Hyde Park, MA 02136**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Modern Shoe Company LLC** | | Case number (if known) | **16-11658** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,288.72 | $3,288.72 |
|---|---|---|---|---|

**MARINA LEVINE**
**101 SPRAGUE STREET**
**Hyde Park, MA 02136**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $459.00 | $459.00 |
|---|---|---|---|---|

**Massachusetts Department of**
**Workforce De**
**Division of Unemployment**
**Assistance**
**One Ashburton Place, Suite # 2112**
**BOSTON, MA 02241-3438**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Minnesota Department of**
**Employment & Eco**
**Unemployment Employer**
**Accounts Office**
**390 Robert St N**
**St Paul, MN 55101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Minnesota Department of**
**Employment & Eco**
**Tax Accounting Section**
**390 Robert St N**
**St Paul, MN 55101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Modern Shoe Company LLC** | | Case number (if known) | **16-11658** |
| | Name | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **NYC DEPT OF FINANCE** | Check all that apply. | | |
| | **General Corp. Tax Unit** | ☐ Contingent | | |
| | **345 Adams Street, 10th Floor** | ☐ Unliquidated | | |
| | **Brooklyn, NY 11201** | ☐ Disputed | | |

Date or dates debt was incurred             Basis for the claim:

Last 4 digits of account number             Is the claim subject to offset?
Specify Code subsection of PRIORITY         ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)     ☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **STATE NJ-DIV OF TAX** | Check all that apply. | | |
| | **REVENUE PROCESSING CTR** | ☐ Contingent | | |
| | **TRENTON, NJ 08646-0193** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred             Basis for the claim:

Last 4 digits of account number             Is the claim subject to offset?
Specify Code subsection of PRIORITY         ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)     ☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,831.61 | $4,831.61 |
| | **STEVEN WALDMAN** | Check all that apply. | | |
| | **47 SANDRA LANE** | ☐ Contingent | | |
| | **North Andover, MA 01845** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred             Basis for the claim:

Last 4 digits of account number             Is the claim subject to offset?
Specify Code subsection of PRIORITY         ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)     ☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **UNUM LIFE INSURANCE** | Check all that apply. | | |
| | **COMPANY OF AMERICA** | ☐ Contingent | | |
| | **PO BOX 403748** | ☐ Unliquidated | | |
| | **ATLANTA, GA 30384-3748** | ☐ Disputed | | |

Date or dates debt was incurred             Basis for the claim:

Last 4 digits of account number             Is the claim subject to offset?
Specify Code subsection of PRIORITY         ■ No
unsecured claim: 11 U.S.C. § 507(a) (5)     ☐ Yes

---

| Debtor | **Modern Shoe Company LLC** | Case number (if known) | **16-11658** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Virginia Department of Taxation**
PO Box 27264
Richmond, VA 23261-7264

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Virginia Employment Commisison**
PO Box 27483
Richmond, VA 23261-7483

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Washington State Division of
Labor & Ind**
PO Box 34022
Seattle, WA 98124-1022

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97.02 |
|---|---|---|---|

**ADP LLC**
1851 N Resler Drive MS-100
El Paso, TX 79912

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMERICAN EXPRESS**
P O BOX 1270
NEWARK, NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Modern Shoe Company LLC** | Case number (if known) | **16-11658** |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address

**AMERICAN IMPORT SHIPPERS
ASSOCIATION
662 MAIN ST
NEW ROCHELLE, NY 10801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping Services**

Is the claim subject to offset? ■ No ☐ Yes

**$534.38**

---

**3.4** | Nonpriority creditor's name and mailing address

**APL LOGISTICS
16220 N SCOTTSDALE RD
SUITE 400
SCOTTSDALE, AZ 85254**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping Services**

Is the claim subject to offset? ■ No ☐ Yes

**$800.85**

---

**3.5** | Nonpriority creditor's name and mailing address

**AT&T
Attn: General Counsel
208 S. Akard Street
Dallas, TX 75202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,091.64**

---

**3.6** | Nonpriority creditor's name and mailing address

**AT&T MOBILITY
P O BOX 6463
CAROL STREAM, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7** | Nonpriority creditor's name and mailing address

**AT&T TELECONFERENCE SVCS
PO BOX 5002
CAROL STREAM, IL 60197-5002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8** | Nonpriority creditor's name and mailing address

**BELK STORES
2801 WEST TYVOLA ROAD
CHARLOTTE, NC 28217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Markdown & Adv owed**

Is the claim subject to offset? ☐ No ■ Yes

**$23,000.00**

---

**3.9** | Nonpriority creditor's name and mailing address

**BLOOMINGDALE'S
919 THIRD AVE 5TH FL
NEW YORK, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Markdown & Adv owed**

Is the claim subject to offset? ☐ No ■ Yes

**$12,200.00**

---

| Debtor | **Modern Shoe Company LLC** | Case number (if known) | **16-11658** |
|---|---|---|---|
| | Name | | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$891,250.00** |
|---|---|---|---|

**Brand Matter LLC**
**601 West 28th Street, 9th Floor**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Royalty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$583.98** |
|---|---|---|---|

**BUCKLES OF BROOKLYN**
**501 AVENUE P**
**Brooklyn, NY 11223-2042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$424.90** |
|---|---|---|---|

**CALIFORNIA TRANSPORT ENT**
**P O BOX 471**
**SOUTH GATE, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Shipping Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CHECKERS DIV.**
**OPERATED BY COUGAR SHOES**
**2 MASONRY COURT**
**BURLINGTON, ONTARIO L7T4A8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CITY FASHION EXPRESS**
**PO BOX 894829**
**LOS ANGELES, CA 90189**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CITY LOGISTICS&TRANSPORT**
**PO BOX 894833**
**LOS ANGELES, CA 90189**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**COMPENSATION PLANNING INC**
**67 JEFFERSON BLVD**
**WARWICK, RI 02888**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Modern Shoe Company LLC** | Case number (if known) | **16-11658** |
|---|---|---|---|
| | Name | | |

---

**3.17** | **Nonpriority creditor's name and mailing address**

**DAMCO CUSTOMS SERVICES**
**180 PARK AVENUE, BLDG 105**
**PO BOX 697**
**FLORHAM PARK, NJ 07932**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                    **$34,801.85**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Customs Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

**DAMCO DISTRIBUTION**
**9300 ARROWPOINT RD**
**CHARLOTTE, NC 28273**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

**DAMCO USA INC**
**180 PARK AVENUE**
**BUILDING 105**
**FLORHAM PARK, NJ 07932**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

**DATAWATCH CORP**
**4 CROSBY DRIVE**
**BEDFORD, MA 01730**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**

**ELIE TAHARI LTD**
**11 WEST 42ND STREET**
**New York, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                    **$30,202.56**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Royalty__

Is the claim subject to offset? ☐ No ■ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address**

**EVERGLORY LOGISTICS, INC.**
**440 MCCLELLAN HWY**
**SUITE 105DI**
**EAST BOSTON, MA 02128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                    **$4,879.68**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Shipping Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address**

**EVERSOURCE**
**PO BOX 660369**
**DALLAS, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Modern Shoe Company LLC** | | Case number (if known) | **16-11658** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$332,000.00** |
|---|---|---|---|

**FEDERATED DEPT. STORES**
**7 WEST SEVENTH ST.**
**CINCINNATI, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Markdown & Adv owed**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**FLAUNT MODEL MANAGEMENT**
**35 WEST 35TH STREET**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**FOLEY HOAG LLP**
**155 SEAPORT BLVD**
**BOSTON, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,787.76** |
|---|---|---|---|

**GXS**
**PO BOX 640371**
**PITTSBURGH, PA 15264-3371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,547.84** |
|---|---|---|---|

**Highland Sprague Associates LP**
**c/o First Highland Management**
**65 Sprague St**
**Hyde Park, MA 02136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Rent for Hyde Park**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**IBM**
**PO BOX 534151**
**ATLANTA, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125.00** |
|---|---|---|---|

**INTERTRADE SYSTEMS, INC**
**C/O T65036U**
**POB 55811**
**BOSTON, MA 02205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Modern Shoe Company LLC** | Case number (if known) | **16-11658** |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JJ CLEANING SERVICES LLC**
**91 ASHLEY ST**
**EAST BOSTON, MA 02128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,227,383.74 |
|---|---|---|---|

**JS INT MACAO OFFSHORE LTD**
**AV.DA PRAIA GRANDE 429**
**16-ANDAR, SALA 01, EDF**
**CENTRO COMERCIAL DA PRAIA**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods Sold**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $301,050.00 |
|---|---|---|---|

**LORD AND TAYLOR**
**424 FIFTH AVENUE**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Markdown & Adv owed**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ■ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**MACY'S.COM**
**Macy's Corporate Services**
**Attn: General Counsel**
**7 West Seventh Street**
**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Markdown & Adv owed**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ■ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAERSK AGENCY USA, INC**
**9300 ARROWPOINT BLVD**
**ATTN PMT SERVICE 3RD FL S**
**CHARLOTTE, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARK COCOZZA**
**343 COMMERCIAL ST**
**UNION WHARF PH 311**
**BOSTON, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104,254.00 |
|---|---|---|---|

**MARSHALL'S**
**770 COCHITUATE ROAD**
**Framingham, MA 01701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ■ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Modern Shoe Company LLC** | | Case number (if known) | **16-11658** |
|---|---|---|---|---|
| | Name | | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MINUTEMAN PRESS**
**1247 PATERSON PLANK ROAD**
**SECAUCUS, NJ 07094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,116.79 |
|---|---|---|---|

**MODERN CHINA TRADING LTD**
**3 SALISBURY RD**
**TSIM SHA TSUI**
**KOWLOON**
**HONG KONG CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Goods Sold__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $223.20 |
|---|---|---|---|

**NATIONAL RETAIL**
**TRANSPORTATION, INC**
**P O BOX 2697**
**SECAUCUS, NJ 07096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Shipping Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,800.00 |
|---|---|---|---|

**NORDSTROM**
**1700 7 TH AVENUE**
**SUITE 300**
**SEATTLE, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Markdown & Adv owed__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ORIENT OVERSEAS CONTAINER**
**LINE LIMITED**
**9336 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PACIFIC LOGISTICS CORP**
**7255 ROSEMEAD BLVD**
**PICO RIVERA, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PERFORMANCE TEAM**
**PO BOX 515176**
**LOS ANGELES, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Modern Shoe Company LLC** | | Case number (if known) | **16-11658** |
|---|---|---|---|---|
| | Name | | | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PITNEY BOWES GLOBAL**
**PO BOX 371887**
**PITTSBURGH, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**PURCHASE POWER**
**PO BOX 371874**
**PITTSBURGH, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shipping Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**READYREFRESH BY NESTLE**
**P.O. BOX 856192**
**LOUISVILLE, KY 40285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|---|

**RECALL TOTAL INFO MGT,INC**
**015295 COLLECTIONS CTR DR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **General Office Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $575.66 |
|---|---|---|---|

**REPUBLIC SERVICES #094**
**PO BOX 9001099**
**LOUISVILLE, KY 40290-1099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SAFETY INSURANCE**
**PO BOX 371312**
**PITTSBURGH, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SAP AMERICA**
**3999 WEST CHESTER PIKE**
**NEWTOWN SQUARE, PA 19073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Modern Shoe Company LLC** | Case number (if known) | **16-11658** |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHARKANSKY LLP**
**1350 BELMONT ST**
**BROCKTON, MA 02301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHENKEL INSURANCE**
**1017 TURNPIKE ST**
**SUITE 1-2B**
**CANTON, MA 02021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $163.08 |
|---|---|---|---|

**SHRED-IT USA-NEW YORK**
**P.O. BOX 13574**
**NEWARK, NJ 07188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **General Office Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.00 |
|---|---|---|---|

**TERMINEX**
**P O BOX 742592**
**CINCINNATI, OH 45274-2592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **General Office Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,030.30 |
|---|---|---|---|

**TGF MANAGEMENT GROUP**
**800 FEDERAL BOULEVARD**
**CARTERET, NJ 07008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Warehousing Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**THE HARTFORD**
**GROUP BENEFIT DIV**
**PO BOX 783690**
**PHILADELPHIA, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |
|---|---|---|---|

**THE TJX CO**
**770 COCHITUATE ROAD**
**Framingham, MA 01701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☑ Yes

---

| Debtor | **Modern Shoe Company LLC** | Case number *(if known)* | **16-11658** |
|---|---|---|---|
| | Name | | |

---

**3.59**

**Nonpriority creditor's name and mailing address**

**THOMAS J. KENNEDY**
**250 CAPE HWY**
**ROUTE 44**
**E. TAUNTON, MA 02718**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.60**

**Nonpriority creditor's name and mailing address**

**TRACEY SALES**
**77 ACCORD PARK**
**NORWELL, MA 02061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.61**

**Nonpriority creditor's name and mailing address**

**UNIVERSAL INT MAX LTD**
**RM1621-22 Star House**
**3 SALISBURY ROAD**
**TSIM SHA TSUI, KOWLOON**
**HONG KONG CHINA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods Sold

Is the claim subject to offset? ■ No ☐ Yes

**$1,667.00**

---

**3.62**

**Nonpriority creditor's name and mailing address**

**UPS**
**PO BOX 7247-0244**
**PHILADELPHIA, PA 01917-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Shipping Services

Is the claim subject to offset? ■ No ☐ Yes

**$22.44**

---

**3.63**

**Nonpriority creditor's name and mailing address**

**UPS SUPPLY CHAIN SOLUTION**
**28013 NETWORK PLACE**
**CHICAGO, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Shipping Services

Is the claim subject to offset? ■ No ☐ Yes

**$329.27**

---

**3.64**

**Nonpriority creditor's name and mailing address**

**UPSKY TRADING LTD**
**Workshop 11**
**9/F Block A Veristrong Industrial centre**
**No. 34-36 AU PUI Wan St Shatin N.T.**
**HONG KONG**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.65**

**Nonpriority creditor's name and mailing address**

**VERIZON**
**P.O. BOX 371878**
**PITTSBURGH, PA 15250-7878**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Modern Shoe Company LLC** | Case number (*if known*) | **16-11658** |
|---|---|---|---|
| | Name | | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,683.96** |
|---|---|---|---|

**VERIZON**
**PO BOX 15124**
**ALBANY, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**XPERIA**
**22 SOUTH 2ND ST**
**EMMAUS, PA 18049**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,250.00** |
|---|---|---|---|

**ZAPPOS.COM INC.**
**Attn: General Counsel**
**400 East Stewart Ave.**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Markdown & Adv owed**

Is the claim subject to offset? ☐ No ■ Yes

---

**Part 3:      List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:      Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 13,784.19 |
| 5b. Total claims from Part 2 | 5b. + | $ | 10,122,888.90 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 10,136,673.09 |

**Fill in this information to identify the case:**

Debtor name    **Modern Shoe Company LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **16-11658**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Subscription Agreement re Customer 1452233 Contract No. 00004490** |
| State the term remaining | **Adobe Systems Incorporated** |
| List the contract number of any government contract | **75 Remittance Dr Suite 1025 Chicago, IL 60675-1025** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **AISA S.C. Participation Agreement** |
| State the term remaining | **American Import Shippers Associaton Inc** |
| List the contract number of any government contract | **662 Main St New Rochelle, NY 10801** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Logistics Service Agreement dated 6/8/2008** |
| State the term remaining | **APM Global Logistics USA d/b/a Maersk Logistics 2 Giralda Farms** |
| List the contract number of any government contract | **Madison Ave. Madison, NJ 07940** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Master Agreement** |
| State the term remaining | **AT&T One AT&T Way Attn: Master Agreement Support Team** |
| List the contract number of any government contract | **Bedminster, NJ 07921-0752** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor 1 | **Modern Shoe Company LLC** | | | Case number *(if known)* | **16-11658** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **AT&T Conferencing Services Term Plan Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **AT&T** |
| | List the contract number of any government contract | | **One AT&T Way** **Attn: Master Agreement Support Team** **Bedminster, NJ 07921-0752** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Managed Internet Service** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Corp** |
| | List the contract number of any government contract | | **Attn: Bret Chatman** **2180 Lake Blvd NE** **Atlanta, GA 30319** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Markdown & Adv agreement** | |
|---|---|---|---|
| | State the term remaining | | **BELK STORES** |
| | List the contract number of any government contract | | **2801 WEST TYVOLA ROAD** **CHARLOTTE, NC 28217** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Federated Department Stores, Inc. merchandise vendor agreement** | |
|---|---|---|---|
| | State the term remaining | | **BLOOMINGDALE'S** |
| | List the contract number of any government contract | | **919 THIRD AVE 5TH FL** **NEW YORK, NY 10022** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Successor In Interest to License Agreement effective 7/13/2006, as Amended** | |
|---|---|---|---|
| | State the term remaining | | **Brand Matter LLC** |
| | List the contract number of any government contract | | **1450 Broadway** **New York, NY 10018** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Partner Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Carbonite, Inc.** |
| | List the contract number of any | | **2 Avenue de Lafayette** **Boston, MA 02111** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Modern Shoe Company LLC** | | | Case number (*if known*) | **16-11658** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Software End-User License Agreement | |
|---|---|---|---|
| | State the term remaining | | Cleo Communications |
| | List the contract number of any government contract | | PO Box 15835 Loves Park, IL 61132-5835 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement dated 9/12/2005, as Amended | |
|---|---|---|---|
| | State the term remaining | | Elie Tahari Ltd |
| | List the contract number of any government contract | | 11 West 42nd St 14th Floor New York, NY 10036 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | service agreement | |
|---|---|---|---|
| | State the term remaining | | EVERGLORY LOGISTICS, INC. |
| | List the contract number of any government contract | | 440 MCCLELLAN HWY SUITE 105DI EAST BOSTON, MA 02128 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Maintenance Agreement | |
|---|---|---|---|
| | State the term remaining | expires 10/31/2016 | Extol EDI |
| | List the contract number of any government contract | | 529 Terry Reiley Way 3rd Floor Pottsville, PA 17901 |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Federated Department Stores, Inc. merchandise vendor agreement | |
|---|---|---|---|
| | State the term remaining | | FEDERATED DEPT. STORES |
| | List the contract number of any government contract | | 7 WEST SEVENTH ST. CINCINNATI, OH 45202 |

Debtor 1   **Modern Shoe Company LLC**                                  Case number *(if known)*   **16-11658**
    First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |

**2.16.**   State what the contract or lease is for and the nature of the debtor's interest

**Additional notice address re Licensing Agreement Footwear dated 12/24/2012, as Amended**

    State the term remaining

    List the contract number of any government contract

**French Connection Group
Neil Williams (Director)
Centro One, 39 Camden St
London NW1 0DX
ENGLAND**

---

**2.17.**   State what the contract or lease is for and the nature of the debtor's interest

**Licensing Agreement Footwear dated 12/24/2012, as Amended**

    State the term remaining

    List the contract number of any government contract

**French Connection Limited
20-22 Bedford Row
London WC1R 4JS
ENGLAND**

---

**2.18.**   State what the contract or lease is for and the nature of the debtor's interest

**service agreement**

    State the term remaining

    List the contract number of any government contract

**Global Software
3201 Beechleaf Ct
Suite 170
Raleigh, NC 27604**

---

**2.19.**   State what the contract or lease is for and the nature of the debtor's interest

**service agreement**

    State the term remaining

    List the contract number of any government contract

**GS1
PO Box 78000
Dept. 781271
Detroit, MI 48278-1271**

---

**2.20.**   State what the contract or lease is for and the nature of the debtor's interest

**Trading Grid Messaging Service Subscription , as Amended**

    State the term remaining

    List the contract number of any government contract

**GXS
PO Box 640371
Pittsburgh, PA 15264-0371**

---

**2.21.**   State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement dated 2/17/2006, as Amended**

    State the term remaining    **expires 12/31/2019**

**Highland Sprague Associates LP
65 Sprague St
Hyde Park, MA 02136**

---

| Debtor 1 | **Modern Shoe Company LLC** | | | Case number *(if known)* | **16-11658** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Additional named licensee re Brand Matter, LLC License Agreement effective 7/13/2006, as Amended** | |
|---|---|---|---|
| | State the term remaining | | **Highline United Shoes Canada Ltd.** |
| | List the contract number of any government contract | | **c/o Highline United Group** <br> **101 Sprague St.** <br> **Hyde Park, MA 02136** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **service level agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **IBM** <br> **7100 Highland Parkway** <br> **Smyrna, GA 30082** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Lease** | |
|---|---|---|---|
| | State the term remaining | | **Konica Minolta Business Services** |
| | List the contract number of any government contract | | **500 Day Hill Rd** <br> **Attn: Contracts Department** <br> **Windsor, CT 09095** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **MDS Partner vendor agreement** | |
|---|---|---|---|
| | State the term remaining | | **LORD AND TAYLOR** |
| | List the contract number of any government contract | | **424 FIFTH AVENUE** <br> **NEW YORK, NY 10018** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Federated Department Stores, Inc. merchandise vendor agreement** | |
|---|---|---|---|
| | State the term remaining | | **MACY'S.COM** |
| | List the contract number of any government contract | | **685 MARKET STREET** <br> **SAN FRANCISCO, CA 94105** |

Debtor 1    **Modern Shoe Company LLC**                                                    Case number *(if known)*    **16-11658**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **36 month Motor Vehicle Lease Agreement dated 11/27/13** | |
|---|---|---|---|
| | State the term remaining | **6 Months** | |
| | List the contract number of any government contract | | **Mercedes Benz Financial Services USA LLC 13650 Heritage Parkway Fort Worth, TX 76177** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **36 Month Motor Vehicle Lease Agreement dated 1/1/2014** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **Mercedes Benz Financial Services USA LLC 13650 Heritage Parkway Fort Worth, TX 76177** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **service level agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Microsoft Corporation One Microsoft Way Redmond, CA 98052** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **vendor agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **NORDSTROM 1700 7 TH AVENUE SUITE 300 SEATTLE, WA 98101** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **service agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pitney Bowes PO Box 371887 Pittsburgh, PA 15250** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **service agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Recall Total Management 015295 Collections Center Dr Chicago, IL 60693-0100** |

Debtor 1   **Modern Shoe Company LLC**                                           Case number *(if known)*   **16-11658**
  First Name        Middle Name        Last Name



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **service agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Republic Services**<br>**PO Box 9001099**<br>**Louisville, KY 40290-1099** |

| | | |
|---|---|---|
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **service agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Shred-IT**<br>**P.O. Box 13574**<br>**Newark, NJ 07188** |

| | | |
|---|---|---|
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **As named affiliate of Highline United LLC re Warehousing Agreement for San Pedro, CA Warehouse expires 12/31/2016** |
| | State the term remaining | |
| | List the contract number of any government contract | **Toll Global Forwarding SCS (USA)**<br>**150-15 183rd Street**<br>**Springfield Gardens, NJ 07008** |

| | | |
|---|---|---|
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **service agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Tungsten Network**<br>**PO Box 535146**<br>**Atlanta, GA 30353** |

| | | |
|---|---|---|
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **service agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Xperia**<br>**1621 N Cedar Crest Blvd**<br>**Suite 101**<br>**Allentown, PA 18104-2350** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

| Debtor 1 | **Modern Shoe Company LLC** | | | Case number (*if known*) | **16-11658** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Markdown & Adv agreement** | |
|---|---|---|---|
| | State the term remaining | | **ZAPPOS.COM INC.** |
| | List the contract number of any government contract | | **P.O. BOX 777127** |
| | | | **HENDERSON, NV 08907-7712** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Modern Shoe Company LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **16-11658**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Highline United Europe Ltd.** | **101 Sprague Street Hyde Park, MA 02136** | **Elie Tahari Ltd** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.12___ |
| 2.2 **Highline United LLC** | **101 Sprague St. Hyde Park, MA 02136** | **Toll Global Forwarding SCS (USA)** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.35___ |
| 2.3 **Highline United LLC** | **101 Sprague Street Hyde Park, MA 02136** | **Elie Tahari Ltd** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.12___ |
| 2.4 **Highline United Shoes Canada Ltd.** | **101 Sprague Street Hyde Park, MA 02136** | **Elie Tahari Ltd** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.12___ |
| 2.5 **Kimberly Bradley** | **101 Sprague Street Hyde Park, MA 02136** | **Mercedes Benz Financial Services USA LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.28___ |

| Debtor | **Modern Shoe Company LLC** | Case number *(if known)* | **16-11658** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Mark Cocozza** | **343 Commercial Street**<br>**PH 311**<br>**Boston, MA 02109** | **Mercedes Benz**<br>**Financial Services**<br>**USA LLC** | ☐ D _____<br>☐ E/F _____<br>■ G   2.27 |
| 2.7 | **Modern Shoe Co.**<br>**Europe Ltd.** | **101 Sprague Street**<br>**Hyde Park, MA 02136** | **Elie Tahari Ltd** | ☐ D _____<br>☐ E/F _____<br>■ G   2.12 |

Modern Shoe Company, LLC
Chapter 11, Case No. 16-11658 (MSH)

Schedule B
Domain Name

| Service | AccountNumber | Type | Account Holder | Auto Renew | Expiration | Primary Co | Billing Con | Admin Con | Tech Conta | My Role | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| Private Registration (ash-jmc.com) | 29802623 | Private Registration | Modern Shoe Company LLC | Off | 5/20/2016 | Byron Nava | Byron Navarro | | | Primary Contact | |
| ash-jmc.com | 29802623 | Domain Name | Modern Shoe Company LLC | Off | 5/20/2016 | Byron Nava | Byron Navarro | | | Primary Contact | |
| modernshoe.co | 29802623 | Domain Name | Modern Shoe Company LLC | On | 9/27/2016 | Byron Nava | Byron Navarro | | | Primary Contact | |
| Private Registration (jmc-ny.com) | 29802623 | Private Registration | Modern Shoe Company LLC | Off | 9/29/2016 | Byron Nava | Byron Navarro | | | Primary Contact | |
| info@jmc-ny.com | 29802623 | nsMail | Modern Shoe Company LLC | Off | 9/29/2016 | Byron Nava | Byron Navarro | | | Primary Contact | |
| jmc-ny.com | 29802623 | Domain Name | Modern Shoe Company LLC | Off | 9/29/2016 | Byron Nava | Byron Navarro | | | Primary Contact | |
| luxuryrebel.com | 29802623 | Domain Name | Modern Shoe Company LLC | On | 3/8/2017 | Byron Nava | Byron Navarro | | | Primary Contact | |
| Private Registration (luxuryrebel.com) | 29802623 | Private Registration | Modern Shoe Company LLC | On | 3/9/2017 | Byron Nava | Byron Navarro | | | Primary Contact | |
| liz@ash-jmc.com | 29802623 | nsMail | Modern Shoe Company LLC | Off | 5/20/2017 | Byron Nava | Byron Navarro | | | Primary Contact | |
| printern@ash-jmc.com | 29802623 | nsMail | Modern Shoe Company LLC | Off | 5/20/2017 | Byron Nava | Byron Navarro | | | Primary Contact | |
| highlineunited.us | 29802623 | Domain Name | Modern Shoe Company LLC | On | 5/23/2017 | Byron Nava | Byron Navarro | | | Primary Contact | |
| highlineunited.us.com | 29802623 | Domain Name | Modern Shoe Company LLC | On | 5/23/2017 | Byron Nava | Byron Navarro | | | Primary Contact | |
| gunmetalshoes.com | 29802623 | Domain Name | Modern Shoe Company LLC | On | 6/5/2017 | Byron Nava | Byron Navarro | | | Primary Contact | |
| gunmetaldesign.com | 29802623 | Domain Name | Modern Shoe Company LLC | On | 6/7/2017 | Byron Nava | Byron Navarro | | | Primary Contact | |
| gunmetalshop.com | 29802623 | Domain Name | Modern Shoe Company LLC | On | 6/12/2017 | Byron Nava | Byron Navarro | | | Primary Contact | |
| gunmetalstyle.com | 29802623 | Domain Name | Modern Shoe Company LLC | On | 8/29/2017 | Byron Nava | Byron Navarro | | | Primary Contact | |
| Private Registration (luxuryrebelfootwear.com) | 29802623 | Private Registration | Modern Shoe Company LLC | On | 10/22/2017 | Byron Nava | Byron Navarro | | | Primary Contact | |
| luxuryrebelfootwear.com | 29802623 | Domain Name | Modern Shoe Company LLC | On | 10/22/2017 | Byron Nava | Byron Navarro | | | Primary Contact | |
| Private Registration (luxuryrebel.net) | 29802623 | Private Registration | Modern Shoe Company LLC | Off | 1/7/2019 | Byron Nava | Byron Navarro | | | Primary Contact | |
| Private Registration (luxuryrebelusa.com) | 29802623 | Private Registration | Modern Shoe Company LLC | Off | 1/7/2019 | Byron Nava | Byron Navarro | | | Primary Contact | |
| luxuryrebelusa.com | 29802623 | Domain Name | Modern Shoe Company LLC | Off | 1/7/2019 | Byron Nava | Byron Navarro | | | Primary Contact | |
| shopashshoes.com | 29802623 | Domain Name | Modern Shoe Company LLC | On | 5/12/2019 | Byron Nava | Byron Navarro | | | Primary Contact | |
| modernshoe.net | 29802623 | Domain Name | Modern Shoe Company LLC | On | 6/17/2020 | Byron Nava | Byron Navarro | | | Primary Contact | |
| Domain Expiration Protection (taharifootwear.com) | 29802623 | Domain Expiration Protection | Modern Shoe Company LLC | On | 6/19/2020 | Byron Nava | Byron Navarro | | | Primary Contact | |
| taharifootwear.com | 29802623 | Domain Name | Modern Shoe Company LLC | On | 6/19/2020 | Byron Nava | Byron Navarro | | | Primary Contact | |
| luxuryrebel.net | 29802623 | Domain Name | Modern Shoe Company LLC | On | 8/23/2020 | Byron Nava | Byron Navarro | | | Primary Contact | |
| Private Registration (modernshoe.net) | 29802623 | Private Registration | Modern Shoe Company LLC | On | 1/25/2021 | Byron Nava | Byron Navarro | | | Primary Contact | |
| | | | | | | | | | | | |